```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

UNITED STATES OF AMERICA,           )     2:11-cr-00067-ECR-LRL
                                    )
    Plaintiff,                      )     MINUTES OF THE COURT
                                    )
vs.                                 )     DATE: March 14, 2011
                                    )
ASHLEY BRANDON FOYLE,               )
                                    )
    Defendant.                      )
_____)

PRESENT:       EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN       Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    The Motion to Consolidate (#4) is granted.  The plea scheduled in this matter for before the Honorable Edward C. Reed, Jr., for Thursday, March 30, 2011, at 10:00 a.m. is **vacated**.  This matter is reassigned to the Honorable Lloyd D. George for all further proceedings.


                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                              Deputy Clerk